UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL SHIN, on behalf of himself and all others similarly situated, | Case No. 5:18-cv-05626 |
| Plaintiff, | ~~[Proposed]~~ ORDER GRANTING RELIEF FROM THE PAGE LIMIT FOR PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |
| vs. | |
| PLANTRONICS, INC., | |
| Defendant. | |

In response to the Parties' Stipulation Requesting Relief from Page Limit for Plaintiff's Motion for Preliminary Approval of Class Action Settlement, the Court GRANTS the request for good cause shown. Plaintiff's notice of motion and memorandum of points and authorities in support of the motion shall not exceed 40 pages.

So Ordered:

_____
United States Magistrate Judge Nathanael M. Cousins

