UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHIL SHIN,

          Plaintiff,

     v.

PLANTRONICS, INC.,

          Defendant.

Case No. 18-cv-05626-NC

**JUDGMENT**

In accordance with the Court's January 31, 2020, order granting final approval of class action settlement, the parties' class action settlement is APPROVED as fair, reasonable, and adequate, and the parties are directed to take the necessary steps to effectuate the terms of the settlement agreement.

The operative amended class action complaint and all claims asserted in it are DISMISSED with prejudice and without costs to any of the settling parties, except as otherwise provided for in the Court's January 31, 2020, order granting Shin's motion for attorneys' fees.

The Court retains subject matter jurisdiction over the claims in this action and personal jurisdiction over defendant Plantronics, Inc. and the class members for purposes of enforcing this Court's final approval order and the terms of the settlement agreement. This retention of jurisdiction does not affect the finality of the Court's judgment.  The Clerk of Court is ordered to administratively close case number 18-cv-05626-NC.

**IT IS SO ORDERED.**

Dated:  January 31, 2020

_____

NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California